

# Seized Media List

**Case Number**     I19M006R400

**Case Agent**     SA Bilal Temsah

**Authority To Search**     Warrant

The Computer Crimes Unit made forensic copies of the following:

| Item Type | Item Make | Serial Number | Media Type | Media Make | Serial Number |
|---|---|---|---|---|---|
| All in One | Dell | DFXNM83 | Solid State Drive | Kioxia | Y09PHAU3QUN1 |
| Cell Phone | Apple | DNPG65CV0D83 | | | |
| Cell Phone | Apple | G6TDQ3DN0D45 | | | |
| Desktop | Acer | 049000201611 | Hard Drive | Unknown | E823_8FA6_BF53_0001_001B_ |
| Desktop | HP/Hewlett Packard | 2UA4502LL3 | Solid State Drive | Adata | 2L022L2S75G1 |
| Desktop | Dell | DHGPM83 | Solid State Drive | Other | Y09PH2NNQUN1 |
| Desktop | Lenovo | MJ0DPVKJ | Hard Drive | Seagate | ZN1JP64J |
| Desktop | Lenovo | MJ0DPVKJ | Solid State Drive | Western Digital | 202084801279 |
| Laptop | Lenovo | PF31BP9S | Solid State Drive | Samsng m.2 nvme | S65FNE0R413970 |
| Tablet | Microsoft | 030140603257 | | | |
| USB Stick | SanDisk | 20060266931D762A239 | Flash Drive | | |

**Total Media Items Seized**    11

**Total GBs Seized**    3,678.00

6/1/2022

Search Warrant Address:
3739 and 3743 Interchange Rd, Columbus OH 43204

Columbus Division of Police

06/01/2022 BT

Business Name: Bhullar Transport Group, LLC/SINGH
Case Number: I19M006R400

| Box # | Item # | Description | Seized By | Location/Room |
|---|---|---|---|---|
| 1 | 1 | 2021 Trip Records, Invoices, Bills of Lading | Urquhart / Deptula | Room N - File Cabinet |
| 2 | 2 | 2021 Trip Records, Invoices, Bills of Lading | Urquhart / Deptula | Room N - File Cabinet |
| 3 | 3 | 2020 & 2021 Trip Records, Invoices, Bills of Lading | Urquhart / Deptula | Room N - File Cabinet |
| 4 | 4 | 2021 Trip Records, Invoices, Bills of Lading | Urquhart / Deptula | Room N - File Cabinet |
| 5 | 5 | Tax Records, SOS Filings, IRS Records, Fuel Tax Records, Registration Records, Insurance | Turk / Nguyen | Room C - File Cabinet |
| 5 | 6 | Insurance and DOT Records | Turk / Nguyen | Room O- Desk Cabinet |
| 5 | 7 | TS Trans Records and Liability Certificate | Turk / Nguyen | Room O- Desk Cabinet |
| 5 | 8 | Bills of Lading, SAMS Records | Turk / Nguyen | Room F Corner Desk |
| 5 | 9 | Insurance, Bills of Lading May 2022 | Urquhart | Room A on Dispatch Desk |
| 6 | 10 | Bills of Lading, Payroll and Corporate Docs | Carr / Sizer | Room B - Desk/Filing Cabinet |
| 5 | 11 | AT&T Records | Gubernath (CPD) | Room M |
| 5 | 12 | Inspection Reports, Bills of Lading | Eitel (OSP) | Truck |

**Columbus Division of Police — Search Warrant Inventory**

SEARCH WARRANT ADDRESS: 3739 / 3743 Interchange Dr

DATE: 6/1/2022

| ITEM # | QTY | ITEM | MAKE | MODEL | SERIAL SERVICE TAG | LOCATION | COLLECTED BY | MARKINGS | RELEASE TO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | Cigars | New Image Global | | | 3743 Interchange Dr | Gubernath | | |
| 2 | 24 | Aquarium Vacuums | Top Fin | | | Room M | Gubernath | | |
| 3 | 6 | Sheets of shipping paperwork | | | | Room M in box | Gubernath | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |